CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661

**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com

Attorneys for Defendants,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRYANT A. BALLEW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT, INC. and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-06780-RGK-AS<br>*(Los Angeles County Superior Court Case No.: BC535109)*<br><br>**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (A)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff BRYANT A. BALLEW is hereby dismissed in its entirety, with prejudice.

Dated: July 10, 2015        By: _____*Gary Klausner*_____
                                    HON. R. GARY KLAUSNER
                                    UNITED STATES DISTRICT COURT JUDGE